IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:13-CV-822-WKW |
| | ) |
| AMBASSASDOR PERSONNEL | ) |
| OF ALABAMA, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Before the court is the parties' joint petition for review and approval of settlement and order of dismissal with prejudice. (Doc. # 36.) The parties have informed the court that they have reached an agreement to resolve all claims in this case.

Plaintiff Amanda Johnson brought this suit against Defendant Ambassador Personnel of Alabama, Inc. for claims arising under the Fair Labor Standards Act ("FLSA"), *see* 29 U.S.C. § 216(b). The FLSA's provisions are "mandatory; thus, the provisions are not subject to negotiation or bargaining between employers and employees." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir. 1982). However, the court "may enter a stipulated judgment after scrutinizing [a] settlement" and determining that it is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1353, 1355.

The court has reviewed the pleadings as well as the parties' proposed settlement agreement, *in camera*, and is satisfied that the agreement is a fair and reasonable resolution of a bona fide dispute of law and fact under the FLSA as its provisions apply to Plaintiff, as well as Defendant's counterclaims against Plaintiff.

It is therefore ORDERED that the parties' joint petition for approval (Doc. # 36) is GRANTED, and the parties' Confidential Settlement Agreement and General Release (Doc. # 37-1), which has been filed under seal, is APPROVED. Pursuant to the terms the Agreement, this case is DISMISSED with prejudice with each party bearing its own costs and attorneys' fees, except as otherwise provided in the parties' settlement agreement.

DONE this 25th day of November, 2014.

                                               /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE